| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Terrence Haugabook<br>Task Force Officer: Matthew Gregory, FBI | Telephone: (313) 226-9157<br>Telephone (734) 521-7949 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Joshua Johnson

Case: 2:22−mj−30413
Assigned To : Unassigned
Assign. Date : 9/28/2022
CMP: SEALED MATTER (MAW)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 10, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2118(b) | Robberies and Larcenies Involving Controlled Substances |

This criminal complaint is based on these facts:
See attached affidaivt.

☑ Continued on the attached sheet.

_Matthew Gregory_
*Complainant's signature*

Matthew Gregory, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_Elizabeth A. Stafford_
*Judge's signature*

Date: September 28, 2022

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## INTRODUCTION

1. I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") and have been since February 2019. I am currently assigned to the FBI Detroit Division's Violent Crime Task Force ("VCTF"). Prior to my assignment at the FBI, I was assigned to the patrol division for approximately three years with the Livonia Police Department in Livonia, MI. I was then assigned to the Livonia Police Department Intelligence Bureau for 4 years; in which I investigated narcotic and major crimes. In February of 2019, I was assigned to the FBI VCTF and was promoted to the rank of Sergeant in December 2020. I was then assigned as a patrol division supervisor until I was reassigned to FBI VCTF in July 2022. I have conducted or assisted in numerous investigations of federal and state violations of criminal laws, including crimes of violence, firearms, and drug trafficking. I have gained experience through training and everyday work related to these types of investigations.

2. The information set forth in this affidavit is based on my review of information from other law enforcement agents and investigators, witnesses, and individuals with knowledge of this matter; my investigation; my review of documents, photographs, and videos; and information gained through my training and experience. Because this affidavit is being submitted for the limited purpose of

securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Joshua JOHNSON (DOB XX/XX/2001) violated 18 U.S.C. § 2118(b) (Robberies and Larcenies Involving Controlled Substances).

3. The FBI Detroit VCTF is investigating more than twelve burglaries of businesses, including DEA registered pharmacies throughout the metro Detroit area. The suspects enter the DEA registered pharmacies with their faces concealed by masks and hooded sweatshirts, then they jump the counters and demand high-value controlled substances, and U.S. Currency.

4. During the course of the investigation, agents and officers have compared many of the surveillance videos from the pharmacies that were robbed. The pharmacies appear to have been robbed in the same fashion by multiple unknown males wearing face masks, using either stolen vehicles and or various different types of rental or registered vehicles. Based on the review of those videos, I believe that the suspects are coordinated and have worked together before, such that they developed experience in order to successfully plan and rob these DEA registered pharmacies. During the robberies, this group of suspects appear to consistently use a lookout and getaway driver in order to beat the police response time.

## PROBABLE CAUSE

5.  The FBI is investigating Joshua JOHNSON (DOB XX/XX/2001) for suspected violations of 18 U.S.C. § 2118(b) (Robberies and Larcenies Involving Controlled Substances). A person violates 18 U.S.C. § 2118(b) when he or she without authority, enters or attempts to enter, or remains in, the business premises or property of a person registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act (21 U.S.C. 822) with the intent to steal material or compound containing any quantity of a controlled substance.

### The robbery of the Heights Family Pharmacy in Dearborn Heights on August 15, 2022

6.  On August 15, 2022, at approximately 1055 hours, Dearborn Heights Officers responded to 25524 Ford Rd. (Heights Family Pharmacy, a DEA registered pharmacy) for a robbery that just occurred.

7.  Employees and CCTV revealed the following: S1 and S2 entered the pharmacy and approached employees at the counter. S1 jumped the counter and demanded an employee to take him to the safe. S1 grabbed the employees' arm as the employee took him to the safe. Once at the safe, the employee opened it. S2 opened a backpack as S1 and S2 placed narcotics from the safe inside the backpack. The suspects then demanded to be taken to the back door of the pharmacy. The suspects were guided to the back door of the pharmacy where they

ran to a waiting black Ford Flex. The suspects entered the Flex and fled the location. During this robbery, no weapon was seen or implied.

- S1: Black male, approximately 16-20 years of age, wearing a black hoodie with a red "V" on the back of it, gray ripped jeans and a white surgical mask.

- S2: Black male, approximately 16-20 years of age, wearing a black hoodie, gray/black jeans, a blue surgical mask, and carrying a black/gray backpack.

**The robbery of the RX Canada Direct Pharmacy in Dearborn on August 26, 2022**

8. On August 26, 2022, at approximately 1535 hours, agents/officers were conducting surveillance of a black, 2022 Tesla Model Y (MI Plate#EPU14XX) parked on a street near the RX Canada Direct pharmacy (a DEA registered pharmacy) located at 23541 Ford Road in the city of Dearborn, Michigan. Agents/officers observed a black male wearing all black clothing including a hooded sweatshirt with the hood on his head, and white shoes, exit the passenger side of the Tesla. The black male was seen entering the front door of RX Canada Direct. After a short time, agents/officers observed Jayson Johnson and a female running from the front door of the business. Believing a robbery had occurred, agents/officers took the black male subject, later identified as Jayson Johnson (DOB: X/X/2003), into custody at the northeast corner of 23527 Ford Road.

4

9. Agents/officers also arrested the driver of the Tesla, Jaleel Wiley, after he attempted to flee. Agents/officers interviewed the employee who stated Jayson Johnson had entered the store and immediately began asking for medication. The employee stated the business did not keep medication in the store. The employee attempted to call 9-1-1 and Jayson Johnson knocked the phone out of her hand preventing her from calling for help. The employee attempted to run out of the store and Jayson Johnson grabbed her to prevent her from leaving. Jayson Johnson then fled out of the store where he was apprehended.

10. Agents/officers impounded the Tesla and obtained a search warrant to search the vehicle, signed by Honorable Judge Sam Salamey, of the 19th District Court. The search of the Tesla revealed the following items:

   a. (3) Cellphones
         i. iPhone 11
         ii. iPhone XR
         iii. Black Schok Volt Phone
   b. (1) Handgun, Reported Stolen from Farmington Hills on 8/18/22
   c. (1) Promethazine Plain Syrup Side Effect Booklet
   d. (1) Prescription Bottle

### Search of the iPhone XR and identification of Joshua Johnson.

11. A search was conducted on the iPhone XR (IMEI: 353067100224445) pursuant to a search warrant. The search revealed its registered phone number to be 248-866-66XX. A phone analysis was conducted, and it was determined the phone belonged to Jayson Johnson. A review of text messages between 248-866-66XX and 586-328-57XX revealed a conversation in which 586-328-57XX identified itself as "Josh." 248 866-66XX had another text conversation that instructed another phone number to contact his "brother Josh" at 586-328-57XX. A search of the secretary of state system for all persons registered at Jayson Johnson's registered address, 33XX Taylor St. Detroit MI, revealed Joshua Johnson DOB: X-XX-01 was also registered to 33XX Taylor St. Detroit MI. It is Affiant's belief that Joshua and Jayson are brothers due to those text conversations and common registered address.

### Law Enforcement Data Base Search of Joshua Johnson.

12. A search in CLEAR, a law enforcement data base, of Joshua Johnson DOB: X/XX/01, revealed he was arrested on 1-12-22 for a pharmacy robbery in Hamtramck MI. During this robbery, Joshua jumped the counter of a pharmacy and demanded narcotics. Joshua engaged in a physical assault with the clerk, punching the clerk several times in the head. Shortly after, Officers arrived and stopped Joshua's active assault and attempted robbery of the clerk/pharmacy.

Joshua was arrested by Hamtramck Officers without incident. A search of Joshua's criminal history revealed this case was deferred under HYTA and he was placed on 2 years of probation starting on 5-12-22.

**The robbery of the Merriman Drugs Pharmacy in Livonia on September 10, 2022.**

13. On 9/10/22 at approximately 1713 hours, Livonia Police Department Dispatch aired information regarding a robbery that just occurred at a pharmacy, 31320 Five Mile Rd Livonia MI – Merriman Drugs which is a DEA registered pharmacy. The caller advised two black males robbed the store and fled in a black Ford Flex. Shortly after, Officers arrived in the area and could not locate the Ford Flex.

14. Livonia Officers made the location of Merriman Drugs and spoke to the two employees of the business, Linda Herbert (76 YOA) and Raquel Nakhl (27 YOA). They relayed the following: Nakhle began closing the pharmacy for the night and cleaning inside when she noticed a black male wearing a white hoodie (S1) walking back and forth outside in front of the store. Nakhle and Herbert waited for S1 to walk away then exited the store to lock the front door. Herbert and Nakhle were standing outside of the pharmacy, locking the doors to close the business, when a black male in a black hoodie (S2) came from behind and grabbed Herbert's arm and pushed her. S2 then pried the unlocked front doors open with

his gloved hands. Once the door was open, S1 came back to the business and the 4 of them went inside.

15. Shortly after, S2 shoved Herbert to the floor resulting in a laceration on her wrist. S1 then closed the front doors of the business using his ungloved hands to slide the doors shut. S1 then demanded "Oxy's and Norco's" and Nakhle guided him to the back of the store while S2 remained up front keeping watch. S1 placed Oxycodone and Percocet tablets into a garbage can he obtained nearby. S1 and S2 then fled in a Black Ford Flex driven by S3 (unknown driver).

16. CCTV footage of the area confirmed the suspects arrived in a black Ford Flex bearing a Michigan license plate that appeared to have three letters followed by three numbers. The first letter appeared to be a "C" and the last two numbers appeared to be "97". CCTV footage also revealed that a piece of plastic trim was missing from the top of the driver door and that there was a white sticker on the top right corner of the driver door window and a small white sticker on the top right corner of the rear driver side door window.

17. Livonia Police Department Crime Scene Unit Sgt. McGrath responded to Merriman drugs to process the scene for evidence. Sgt. McGrath obtained two palm prints on the exit doors of the business from the area where S1 placed his ungloved hands. Through AFIS and a fingerprint analysis, a subject was

positively identified.  The palm prints were the left and right palm prints belonging to Joshua Reshawn Johnson B/M DOB: X/XX/01 (SID#5938741W).

### Phone data review

18.     Joshua JOHNSON'S phone number (586) 328-57XX was confirmed through legal process, including GPS location data and Call Data Records from T-Mobile.

19.     The GPS location data of JOHNSON's phone was consistent with JOHNSON's location, which was confirmed by agents/officers via surveillance on several occasions.

### Joshua Johnson's phone at robberies

20.     Call Data Records were reviewed for Joshua JOHNSON'S phone (586-328-57XX). The data confirms that JOHNSON'S phone was in the geographical area at the time of the Merriman Drugs Pharmacy robbery on September 10, 2022, in Livonia Michigan. Which is the same robbery where his prints were recovered from the glass as described in paragraphs 16–17 above.

### Surveillance of Joshua Johnson

21.     Surveillance of Joshua JOHNSON has revealed that he will drive or be a passenger inside of a black Ford Flex bearing MI license plate: CVZ997. This Flex also had white stickers and a missing plastic piece on the driver door.  The

stickers, damage, and license plate are consistent with the partial license plate obtained from the Merriman Drugs Pharmacy robbery in Livonia on 9/10/22.

## CONCLUSION

22. Based on the foregoing, there is probable cause to believe that **Joshua JOHNSON** has violated 18 U.S.C. § 2118(b) (Robberies and Larcenies Involving Controlled Substances) on September 10, 2022.

Respectfully submitted,

_____
Matthew Gregory
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: September 28, 2022