

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**F I L E D**

**DEC 0 6 2022**

**CLERK'S OFFICE**
**DETROIT**

United States of America,

    Plaintiff,

v.

D-1 Joshua Johnson,
D-2 Zamonta Martin-Jackson,

    Defendants.

Case No.: 22-cr-20565

Hon. Bernard A. Friedman

Violation:
18 U.S.C. § 2118(a)

_____/

## <u>FIRST SUPERSEDING INDICTMENT</u>

THE GRAND JURY CHARGES:

## <u>COUNT ONE</u>
### 18 U.S.C. § 2118(a) - Robbery Involving Controlled Substances;
### 18 U.S.C. § 2 – Aiding and Abetting

D-1 Joshua Johnson
D-2 Zamonta Martin-Jackson

On or about September 10, 2022, in the Eastern District of Michigan,

defendants, Joshua Johnson and Zamonta Martin-Jackson, aided and abetted by

each other, knowingly and unlawfully took from the person and presence of

1

another by force, violence, and intimidation, a material or compound containing a

quantity of controlled substance, to wit: Oxycodone and Percocet pills; belonging

to and in the care, custody, control, and possession of Merriman Drugs Pharmacy,

a pharmacy that was then registered with the Drug Enforcement Administration

under Section 302 of the Controlled Substances Act. The replacement cost of the

controlled substances taken by Joshua Johnson and Zamonta Martin-Jackson was

more than $500.

All in violation of Title 18, United States Code, Sections 2118(a) and 2.

## **FORFEITURE ALLEGATION**

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the government

hereby provides notice to the defendants of its intention to seek forfeiture of all

proceeds, direct or indirect, obtained as a result of the violations set forth in this

Indictment, all property traceable thereto, all property that facilitated the

commission of such violations, or property traceable thereto, and all property

involved in such violations, or property traceable thereto.

Forfeiture includes, but is not limited to, the forfeiture of defendants' interest

to the United States in all property involved in Count One as property used, or

intended to be used, in any manner or part to facilitate the commission of Count

2

One of the Indictment. The property is subject to forfeiture pursuant to 28 U.S.C.

§ 2461(c).

THIS IS A TRUE BILL

_s/ Grand Jury Foreperson_
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

_s/ Craig F. Wininger_
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

_s/ Terrence R. Haugabook_
TERRENCE R. HAUGABOOK
Assistant United States Attorney

Dated: December 6, 2022

3

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: 22-cr-20565 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:**  TH |

**Case Title:** USA v. Joshua Johnson et al

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment --- based upon **LCrR 57.10 (d)** [Complete Superseding section below]

**Superseding Case Information**

**Superseding to Case No:**    22-cr-20565                  **Judge:**    Bernard A. Friedman

**Reason:**
Embraces same subject matter but adds the additional defendants or charges below:

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| D-1 Joshua Johnson | 18 U.S.C. § 2118(a) | |
| D-2 Zamonta Martin-Jackson | 18 U.S.C. § 2 | 22-mj-30504 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

December 6, 2022
Date

Terrence R. Haugabook
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Terrence.Haugabook@usdoj.gov
(313) 226-9157
Bar #: P44554

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.